# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0165.  LUCILLA ROSE HARRELL v. THE STATE.**

In 2013, Lucilla Rose Harrell was found guilty of homicide by vehicle in the first degree, for which she was sentenced to eleven years to serve in confinement. Her conviction was affirmed on appeal in an unpublished opinion. *Harrell v. State*. Case No. A16A0145 (decided June 15, 2016).  Harrell filed a petition for writ of certiorari to the Georgia Supreme Court, which was denied February 6, 2017. *Harrell v. State*, Case No. S16C1779 (decided February 6, 2017).  Harrell subsequently filed a motion to reduce sentence on June 5, 2017, asserting her sentence should be reduced based on her first offender status and mitigating circumstances.  On March 21, 2018, the trial court denied her motion and Harrell filed her pro se notice of appeal on May 8, 2018.[1]  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Pretermitting whether a direct appeal was available from the trial court's March 21 order, Harrell's notice of appeal is untimely, as it was filed 48 days after the order was entered.  Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] In the order denying Harrell's motion to reduce sentence, the trial court also allowed her attorney to withdraw as her counsel.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,* __09/04/2018__

     *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*